AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means          ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| | ) Case No. 8:22-MJ-00802-DUTY |
| SUBJECT PARCELS as described in Attachment A | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

> *See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

> *See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to <u>18 U.S.C. § 3103a(b),</u> I find that immediate notification may have an adverse result listed in <u>18 U.S.C. § 2705</u> (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for_____days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:      <u>12/28/2022 at 11:25am</u>          <u>/s/ Autumn D. Spaeth</u>
                                                                                              *Judge's signature*

City and state:      <u>Santa Ana, California</u>          <u>Honorable Autumn D. Spaeth, United States Magistrate Judge</u>
                                                                                              *Printed name and title*

AUSA:      <u>F. Mohammadi (x3599)</u>

AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>8:22-MJ-00802-DUTY | Date and time warrant executed:<br>12/29/2022 at approx. 10:08 AM | Copy of warrant and inventory left with:<br>USPS |

Inventory made in the presence of :

Homeland Security Investigations Special Agent Ed Angeo

Inventory of the property taken and name of any person(s) seized:

USPS Priority Mail parcel #9505 5116 5279 2346 5311 33
- $24,620
- parcel packaging materials

USPS Priority Mail parcel #9534 6115 1742 2342 9449 47
-$25,000
-parcel packging materials

## Certification

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   12/29/2022

_____
*Executing officer's signature*

Sumyra Duy, U.S. Postal Inspector
_____
*Printed name and title*

**Attachment A**

PARCELS TO BE SEARCHED

**SUBJECT PARCEL 1** is a brown "Pen & Gear" brand cardboard box bearing tracking number 9534 6115 1742 2342 9449 47. SUBJECT PARCEL 1 is addressed to "Eddie Lopez, 5071 Ball Rd, PMB #4170, Cypress, CA 90630."  The listed return address on SUBJECT PARCEL 1 is "Jose Rios, 225 Elm St., Lewisville, TX 75057." SUBJECT PARCEL 1 weighs 9 pounds, 2 ounces, with the dimensions of 17" x 11" x 13".  The mailing of SUBJECT PARCEL 1 was paid for with $34.70 in postage.  SUBJECT PARCEL 1 was postmarked on December 8, 2022, in Lewisville, Texas 75067.

**SUBJECT PARCEL 2** is a white U.S. Postal Service medium flat rate cardboard box bearing tracking number 9505 5116 5279 2346 5311 33.  SUBJECT PARCEL 2 is addressed to "Eddie Lopez, 5071 Ball Rd, PMB 4170, Cypress, CA 90630."  The listed return address on SUBJECT PARCEL 2 is "Heat Waves, 88 Beal Pkwy NW Suite B, Fort Walton Beach, FL 32547."  SUBJECT PARCEL 2 weighs 4 pounds, 3 ounces, with the dimensions of 11" x 8.5" x 5.5". The mailing of SUBJECT PARCEL 2 was paid for with $17.05 in postage.  SUBJECT PARCEL 2 was postmarked on December 12, 2022, in Fort Walton, Florida 32548.

The SUBJECT PARCELS are currently in the custody of the Homeland Security Investigations in the Santa Ana, California.

## ATTACHMENT B

ITEMS TO BE SEIZED

The following are the items to be seized from the SUBJECT PARCELS, which constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance):

a.   Any controlled substances, including marijuana;

b.   Currency, money orders, bank checks, or similar monetary instruments in aggregate quantities over $1,000;

c.   Any associated packaging for items (a) and (b);

d.   Documents, records, or other items reflecting or tending to show the identity of the parcel's sender or intended recipient; and

e.   Any documents related to the transportation, manufacturing, cultivation, or sale of a controlled substance.

## **AFFIDAVIT**

I, Sumyra Duy, being duly sworn, declare and state as follows:

### **TRAINING AND EXPERIENCE**

1.   I am a United States Postal Inspector ("USPI") with the United States Postal Inspection Service ("USPIS") and have been so employed since May 2012.  I am currently assigned to the Contraband Interdiction and Investigation - South Team of the Los Angeles Division, which is responsible for investigating drug trafficking violations involving the United States Mail to distribute controlled substances and/or controlled substances proceeds.

2.   I have completed a twelve-week basic law enforcement training course in Potomac, Maryland, which included training in the investigation of narcotics trafficking via the United States Mail.  Additionally, I have attended a 40-hour Los Angeles Police Department Peace Officer Standards and Training Certified Academy Narcotics School.  Prior to becoming a USPI, I worked as a financial investigator.  I hold a Bachelor of Arts degree from California State University, Fullerton in Sociology and a Master's of Advanced Study from University of California, Irvine in Criminology, Law and Society.  As part of my law enforcement duties, I have conducted numerous parcel investigations that have resulted in the arrest of individuals who have received and distributed controlled substances, as well as the seizure of the controlled substances and/or the proceeds of the sales of controlled substances.

## I. <u>PURPOSE OF AFFIDAVIT</u>

3.    This affidavit is made in support of a search warrant for the SUBJECT PARCELS described below in paragraph 5 and Attachment A.  The items to be seized constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance) (the "Subject Offenses").

4.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. <u>PARCELS TO BE SEARCHED</u>

5.    This affidavit is made in support of an application for a search warrant for the following United States Postal Service ("USPS") Priority Mail parcels (hereinafter referred collectively as the "SUBJECT PARCELS").  The SUBJECT PARCELS are currently secured at the Homeland Security Investigations ("HSI") office domicile located at 34 Civic Center Plaza, 4th Floor, Santa Ana, California:

a.   SUBJECT PARCEL 1 is a brown "Pen & Gear" brand cardboard box bearing tracking number 9534 6115 1742 2342 9449 47.  SUBJECT PARCEL 1 is addressed to "Eddie Lopez, 5071 Ball Rd, PMB #4170, Cypress, CA 90630".  The listed return address on SUBJECT PARCEL 1 is "Jose Rios, 225 Elm St., Lewisville, TX 75057".  SUBJECT PARCEL 1 weighs 9 pounds, 2 ounces, with the dimensions of 17" x 11" x 13".  SUBJECT PARCEL 1 was paid with $34.70 in postage and postmarked on December 8, 2022, in Lewisville, Texas 75067.

b.   SUBJECT PARCEL 2 is a white USPS medium flat rate cardboard box bearing tracking number 9505 5116 5279 2346 5311 33.  SUBJECT PARCEL 2 is addressed to "Eddie Lopez, 5071 Ball Rd, PMB 4170, Cypress, CA 90630".  The listed return address on SUBJECT PARCEL 2 is "Heat Waves, 88 Beal Pkwy NW Suite B, Fort Walton Beach, FL 32547".  SUBJECT PARCEL 2 weighs 4 pounds, 3 ounces, with the dimensions of 11" x 8.5" x 5.5".  SUBJECT PARCEL 2 was paid with $17.05 in postage and postmarked on December 12, 2022, in Fort Walton, Florida 32548.

### III.  ITEMS TO BE SEIZED

6.   The items to be seized from the SUBJECT PARCELS constitute fruits, instrumentalities, and evidence of violations of the Subject Offenses.  The items to be seized are identified in Attachment B and are incorporated herein by reference.

3

IV. <u>STATEMENT OF PROBABLE CAUSE</u>

**A.    Background**

7.    As described in detail below, the SUBJECT PARCELS are inbound parcels to the Southern California area and were selected for investigation because they met certain criteria common to packages containing contraband.  The SUBJECT PARCELS are believed to contain controlled substances or the proceeds from the trafficking of controlled substances based on, among other things, a positive alert by a trained narcotics-detection canine.

8.    Based on my training and discussions with experienced Postal Inspectors, I know that Postal Inspectors have been conducting investigations of drug trafficking via USPS Express Mail and Priority Mail since the mid-1980s.  In particular, they began conducting organized interdictions of Express Mail and Priority Mail parcels suspected of containing controlled substances and proceeds from the sale of controlled substances in Los Angeles, California, in the early 1990s.  Along with conducting organized interdictions, Postal Inspectors also regularly examine and investigate Express Mail and Priority Mail parcels throughout the year.  During the 1990s, Postal Inspectors observed that the trend was for drug traffickers to send controlled substances and proceeds from the sale of controlled substances using boxes, with the proceeds in the form of cash.  Although Postal Inspectors still see the use of boxes for controlled substances and cash, there has been a gradual change over the years toward the current trend of smaller boxes,

4

flat cardboard envelopes, and tyvek envelopes, with proceeds from the sale of controlled substances converted to money orders.  By using money orders, drug traffickers are able to send large dollar amounts in compact form, using much smaller conveyances that lend a sense of legitimacy to the parcel.

9.   From my training, personal experience, and the collective experiences related to me by Postal Inspectors on my team who specialize in investigations relating to the mailing of controlled substances and drug proceeds, I am aware that the greater Los Angeles area is a major source area for controlled substances.  As such, controlled substances are frequently transported from the greater Los Angeles area via the United States Mail, and the proceeds from the sale of the controlled substances are frequently returned to the greater Los Angeles area via the United States Mail.  These proceeds are generally in large amounts of money over $1,000.

10.   I also know based on my training and experience that drug traffickers will often use one of two USPS services: Priority Mail Express Service, which is the overnight/next day delivery mail service, and Priority Mail Service, which is the two-to-three day delivery mail service.  Drug traffickers use Priority Mail Express delivery services because of their speed, reliability, and the ability to track the package's progress to the intended delivery point.  Drug traffickers often use Priority Mail delivery services because they allow drug traffickers more time for travel between states if they are following their shipments to their destinations for

distribution.  Like Priority Mail Express, Priority Mail also allows drug traffickers to track the package's progress to the intended delivery point.

11.  Based on information derived and built upon over many years, I, like other Postal Inspectors and Task Force Officers, initially look for certain characteristics when examining Priority Mail Express and Priority Mail for controlled substances or drug proceeds.  These characteristics include:

a.  The article is contained in a box, flat cardboard mailer, or Tyvek envelope;

b.  The article bears a handwritten label; and/or

c.  The handwritten label on the article does not contain a business account number.

12.  Parcels found to meet these characteristics are scrutinized by Postal Inspectors and Task Force Officers through further investigation, which may include return and addressee address verifications and trained narcotics-detecting canine examination.  Postal Inspectors and Task Force Officers will also look for additional drug or drug proceed parcel characteristics such as:

a.  The seams of the article are taped or glued shut;

b.  The article emits the odor of a cleaning agent, adhesive, or spray foam, detectable by a human; and/or

c.  Multiple articles are mailed to the same individual, on the same day, from different locations.

13.  Based on my training and experiences and information learned during discussions with Postal Inspectors, I know that

6

drug traffickers often use fictitious or incomplete names and/or addresses in an effort to conceal their identity from law enforcement.  Indeed, it is my experience that when real addresses are used, it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

**B.   Investigation Regarding the SUBJECT PARCELS**

14.   On December 12, 2022, I received notification that SUBJECT PARCEL 1 was inbound to the Cypress, California area.  I notified HSI Special Agent Ed Angeo that SUBJECT PARCEL 1 had arrived at the recipient address, which was a Commercial Mail Receiving Agent location called Postal Flex.  I requested SA Angeo's assistance to further investigate SUBJECT PARCEL 1.  SA Angeo went to Postal Flex and observed it met some of the initial suspicious characteristics described above in paragraph 11 and 12, such as:

a.   The parcel was a cardboard box mailer;

b.   The parcel bore handwritten label information; and

c.   The handwritten label did not contain a business account number.

15.   SA Angeo detained SUBJECT PARCEL 1 for further investigation.  SA Angeo secured the parcel at the HSI office in Santa Ana.

16.   On December 14, 2022, postal employees at the post office located at 5762 Lincoln Avenue, Cypress, CA 90630 ("Cypress Post Office") contacted me regarding a second USPS

Priority Mail parcel that arrived and was addressed to the same recipient and address as SUBJECT PARCEL 1.

17. On this same day, I requested SA Angeo's assistance to further investigate this second parcel. SA Angeo went to the Cypress Post Office and observed SUBJECT PARCEL 2 as exhibiting some of the initial suspicious characteristics described above in paragraph 11 and 12, such as:

     a. The parcel was a cardboard box mailer;

     b. The parcel bore handwritten label information; and

     c. The handwritten label did not contain a business account number.

18. SA Angeo detained SUBJECT PARCEL 2 for further investigation. SA Angeo secured the parcel at the HSI office in Santa Ana.

**C.  CLEAR Database Check**

19. On December 12, 2022, SA Angeo obtained the rental application for private mailbox #4170 (the recipient address for SUBJECT PARCEL 1) from Postal Flex. Private mailbox #4170 was opened on August 23, 2022, by Eddie Lopez, with a listed address as 9352 Holder St. Apt. 2018, Cypress, CA 90630 and phone number of (562) 343-8261. Lopez provided Texas Driver License #3980064 as identification.

20. On December 14, 2022, I utilized CLEAR to search for information on the identified subject. CLEAR is a public information database used by law enforcement that provides

names, addresses, telephone numbers, and other identifying information.

21.   I searched the listed name, Eddie Lopez, at the listed address of 9352 Holder St. Apt. 2018, Cypress, CA 90630 and received no results.  I conducted an open-source search for this address, and it appears that this address does not exist.  I searched the listed phone number (562) 343-8261 and it did not show any associated information other than it is a wireless phone number belonging to Verizon.  I searched Texas Driver's License #3980064 and received no results.

22.   I searched the listed sender and recipient information on SUBJECT PARCEL 1.  I searched the listed sender's information and learned the name "Jose Rios" was not associated to the address "225 Elm St, Lewisville, TX 75057".  I searched the listed recipient's information and learned the name "Eddie Lopez" was not associated to the address "5071 Ball Road #4170, Cypress, CA 90630" in the CLEAR database.

23.   I searched the listed sender on SUBJECT PARCEL 2, "Heat Waves".  I learned the entity "Heat Waves Int LLC" was associated with the address "88 Beal Parkway NW Suite B, Fort Walton Beach, FL 32548," which matched the listed sender address on SUBJECT PARCEL 2 except for the zip code.  The listed sender zip code on SUBJECT PARCEL 2 was written as "32547" and not "32548".

**D.   Positive Canine Alert on the SUBJECT PARCELS**

24.   On December 12, 2022, Placentia Police Department Officer Jeffrey Irvine and his narcotics-detection canine,

9

"Kyra," conducted an exterior examination of SUBJECT PARCEL 1.
Officer Irvine informed SA Angeo that Kyra gave a positive alert
to SUBJECT PARCEL 1, indicating the presence of controlled
substances or other items that emitted the odor of controlled
substances, in SUBJECT PARCEL 1.  Attached hereto as Exhibit 1,
which I incorporate fully herein by reference, are reports
(including a supplemental report with corrections) setting forth
information provided by Officer Irvine regarding Kyra's training
and history in detecting controlled substances, and
investigation of SUBJECT PARCEL 1.

     25.  On December 14, 2022, Officer Irvine and his
narcotics-detection canine, "Kyra," conducted an exterior
examination of SUBJECT PARCEL 2.  Officer Irvine informed SA
Angeo that Kyra gave a positive alert to SUBJECT PARCEL 2,
indicating the presence of controlled substances or other items
that emitted the odor of controlled substances, in SUBJECT
PARCEL 2.  Attached hereto as Exhibit 2, which I incorporate
fully herein by reference, are reports (including supplemental
reports with corrections) setting forth information provided by
Officer Irvine regarding Kyra's training and history in
detecting controlled substances, and investigation of SUBJECT
PARCEL 2.

//
//
//

## V.  <u>CONCLUSION</u>

26.  Based on the above, I believe there is probable cause to believe that the SUBJECT PARCELS, described in Attachment A, contain evidence of violations of Title 21, United States Code, Sections 841(a)(1) and 843(b), as described in Attachment B.


_____
/s/
SUMYRA DUY
United States Postal Inspector

Attested to by the applicant in accordance with the requirements of <u>Federal Rule of Criminal Procedure 4.1</u> by telephone on this   28   day of December 2022


___/s/ Autumn D. Spaeth_____
HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE

EXHIBIT 1

**Placentia Police Department**
401 E CHAPMAN AVE   PLACENT A  CA 92870  P: 714 993 8164

---

## DR # 22-04497 - Crime/Incident Report Report Cover Sheet

| REPORT DATE / TIME | BEAT / REPORTING DISTRICT / SUBDIVISION 4 / SUBDIVISION 5 | EVENT START DATE / TIME - EVENT END DATE / TIME |
|---|---|---|
| Dec 14, 2022 11:20 | Beat 2 / RD 30 | Dec 12, 2022 12:25 - 12:40 |

### INCIDENT INFO

OFFENSE CODE

K9 INCIDENT REPORT

OFFENSE LOCATION

PPD, 401 E CHAPMAN AVE, PLACENTIA, CA 92870

### INVOLVED ORGANIZATIONS

| INVOLVEMENT | NAME | ADDRESS |
|---|---|---|
| SB-1, R-1 | US DEPARTMENT OF HOMELAND SECURITY | 34 CIVIC CENTER PLZ, 4, SANTA ANA, CA 92701 |

---

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| J IRVINE #1251   Dec 14, 2022 11:55 (e-signature) | J GILLIS #1239   Dec 14, 2022 14:07 (e-signature) |
| PRINT NAME | PRINT NAME |
| J IRVINE #1251 | J GILLIS #1239 |

**Placentia Police Department**
   401 E CHAPMAN AVE   PLACENT A, CA 92870   P: 714.993.8164
*NOT   Summa ized  epo t  Mo e data  ega ding this  epo t may exist in the RMS*
*Ma k43 RMS  o m v2 0 gene ated by C  GR    T  #2197 on Dec 15, 2022 13 12*

EXHIBIT 1

1

## DR # 22-04497 - Crime/Incident Report Report

| REPORT DATE / TIME | BEAT / REPORTING DISTRICT / SUBDIVISION 4 / SUBDIVISION 5 | EVENT START DATE / TIME - EVENT END DATE / TIME |
|---|---|---|
| Dec 14, 2022 11:20 | Beat 2 / RD 30 | Dec 12, 2022 12:25 - 12:40 |

**PRIMARY REPORTER**
J IRVINE #1251

**REPORT TAKEN LOCATION**
PPD, 401 E CHAPMAN AVE, PLACENTIA, CA 92870

**STAT REPORTING**

- ☐ School Incident
- ☐ Transient-Related
- ☐ Narcotics
- ☐ Alcohol
- ☐ Juvenile
- ☐ Confidential Victim (PC 293)
- ☐ AED Deployed
- ☐ Be Well OC Referral
- ☐ Drone Deployed

- ☐ Pursuit
- ☐ Gang
- ☐ Graffiti
- ☑ K9 Deployed
- ☐ Taser Deployed
- ☐ Domestic Violence
- ☐ Hate Crime
- ☐ COVID-19
- ☐ Courtesy Report

## NARRATIVE

On 12/12/22, at approximately 1225 hours, I was assigned as a Canine Handler for the Placentia Police Department. Special Agent Angeo (U.S. Department of Homeland Security) contacted me requesting I conduct a narcotics sniff of a package he had seized. Special Agent Angeo informed me he would bring the package to the Placentia Police Department. Due to Special Agent Angeo's ongoing narcotic investigation, I decided to utilize my Police Service Dog "Kyra" who is trained and certified in drug detection.

At approximately 1230 hours, Special Agent Angeo (HSI), arrived at the Placentia Police Department. He provided me with a total of three packages. I requested Special Agent Angeo not to reveal to me which package possibly contained the narcotics. Prior to placing the packages in the Placentia Police Department Traffic Bureau office, I deployed PSD "Kyra" to conduct a narcotics sniff of the room. PSD "Kyra" did not show any alerts inside the room.

Special Agent Angeo placed all four packages on the floor in middle of the room. I deployed PSD "Kyra" off-leash to sniff the packages. PSD "Kyra" sniffed the second box, which was a white United States Postal Service package (USPS Tracking #9505511652792345531133). As she was sniffing the top portion of the package, I noticed distinct behavioral changes in PSD "Kyra." Her ears had a forward lean, her muscle tone became more rigid, and her breathing became more concentrated. PSD "Kyra" placed her nose on the top seam of the postal package. PSD "Kyra" took a deep breath and left her nose in the same place as a final alert, as trained. I recognized these behaviors to indicate PSD "Kyra" had located the odor of drugs.

I notified Special Agent Angeo that PSD "Kyra" had alerted to the second package. He told me the package the PSD "Kyra" had alerted to, was the package involved in the ongoing investigation.

This case is an ongoing investigation by the U.S. Department of Homeland Security. At this time, Special Agent Angeo informed me they would be obtaining a search warrant. Special Agent Angeo took possession of the package. Refer to his original report for further information (HSI Case # OR02TS23OR0003).

K9 Background:

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| J IRVINE #1251    Dec 14, 2022 11:55 (e-signature) | J GILLIS #1239    Dec 14, 2022 14:07 (e-signature) |
| PRINT NAME | PRINT NAME |
| J IRVINE #1251 | J GILLIS #1239 |

**Placentia Police Department**
401 E CHAPMAN AVE   PLACENT A, CA 92870   P: 714.993.8164
Ma k43 RMS   o m v2 0 gene ated by C  GR     T  #2197 on Dec 15, 2022 13 12

Pg 1 of 3

EXHIBIT 1
2

PSD Kyra is a Belgian Malinois and has been with the Placentia Police Department since March of 2016. PSD Kyra is trained in narcotic detection and is certified in the detection of four narcotic odors: cocaine, heroin, marijuana, methamphetamine and their derivatives. PSD Kyra will alert to the odor through several behavior changes that can be seen and heard. PSD Kyra's final response is passive, where she will point with her nose and stare at the source of the odor. A secondary final response PSD Kyra will scratch at the source of the odor. This final response may also indicate items recently contaminated with the odor of one or more of the listed narcotics.

PSD Kyra and her previous handler completed approximately 40 hours of basic narcotic training with Christopher Anderson through "Goldstone K9 LLC." Christopher Anderson is the lead instructor at Goldstone K9. On March 04, 2016, PSD Kyra successfully passed the narcotic detection test through the California Narcotic Canine Association ("CNCA"). PSD Kyra was certified through CNCA and the certifying official was Eric Oden. On July 20, 2016, PSD Kyra successfully passed the Commission on Police Officer Standards and Training (P.O.S.T) narcotic detection test. The P.O.S.T evaluator for this certification was Coby Webb (Riverside Sheriff's Department). On June 21, 2017, PSD Kyra successfully passed the Commission on Police Officer Standards and Training (P.O.S.T) narcotic detection test. The P.O.S.T evaluator for this certification was Rebeka Mondon. PSD Kyra has conducted several narcotic detection sniffs in the field resulting in the seizure of hundreds of pounds of narcotics and several million dollars of U.S. currency (narcotic related proceeds).

I, Jeffrey Irvine, have attended and completed the Fullerton College Police Academy POST certified basic police academy in March 30, 2014. This academy included approximately 40-hour block of instruction on narcotics enforcement. After graduation, I was employed as a police officer with the City of Placentia since March 15, 2015. During this time, I completed a formal field-training program, which included instruction on types of drugs, including drug identification, and on enforcement of violations of various California Health and Safety Code violations. I have been involved in approximately 200-300 narcotics related investigations, have made approximately 100 narcotic related arrests for possession of narcotics, including but not limited to possession of methamphetamine, heroin, marijuana, cocaine, drug paraphernalia, and prescription drugs, and have made approximately 3 arrests for possession for sales of narcotics. I have testified as an expert in narcotic sales in Orange County Superior Court (North Justice Center).

I have been PSD Kyra's handler since December of 2020. In February of 2021, PSD Kyra and I completed 200 hour of basic narcotic training with Ken Greenleaf of "Drop the Lead" K-9 Academy. On February 5, 2021, PSD Kyra successfully passed the Commission on Police Officer Standards and Training (P.O.S.T) narcotic detection test. The P.O.S.T. evaluator for this certification was Steve Overly. Ken Greenleaf is the lead instructor for the Placentia Police Department K-9 Unit.

PSD Kyra and I continue to train weekly and we attend monthly training with Ken Greenleaf. These weekly and monthly sessions consist of building, vehicle, luggage, package, and outdoor narcotic searches. PSD Kyra and I train regularly around distractions of noise, food, and animal odors. During training, actual narcotics are used and "pseudo-drugs" are not present. We have also incorporated uncirculated money into training and PSD Kyra didn't alert to the money. In addition to the training I have received with PSD Kyra, I previously assisted in training other patrol and narcotics canines, and I have attended additional narcotic related courses.

*REPORTING PARTY 1*

REPORTING PARTY-  (ORGANIZATION)

R-1 US DEPARTMENT OF HOMELAND SECURITY

| ORGANIZATION TYPE | ORGANIZATION INDUSTRY |
|---|---|
| Government | Law Enforcement |

PHYSICAL ADDRESS

34 CIVIC CENTER PLZ, 4, SANTA ANA, CA 92701

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| J IRVINE #1251   Dec 14, 2022 11:55 (e-signature) | J GILLIS #1239   Dec 14, 2022 14:07 (e-signature) |
| PRINT NAME | PRINT NAME |
| J IRVINE #1251 | J GILLIS #1239 |

**Placentia Police Department**
  401 E CHAPMAN AVE  PLACENT A, CA 92870  P: 714.993.8164
Ma k43 RMS  o m v2 0 gene ated by C GR    T  #2197 on Dec 15, 2022 13 12

Pg 2 of 3

EXHIBIT 1
3

PHONE NUMBER

(714) 972-4108 (Work Phone)

## INCIDENT INFO

INCIDENT TYPE

K9 INCIDENT REPORT

*OFFENSE LOCATION*

LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION

PPD, 401 E CHAPMAN AVE

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| PLACENTIA | CA | 92870 | US |

| LOCATION CATEGORY | BEAT / REPORTING DISTRICT / SUBDIVISION 4 / SUBDIVISION 5 | PUBLIC / PRIVATE |
|---|---|---|
| Commercial/ Office Building | Beat 2 / RD 30 | Public |

*SUBJECT 1*

SUBJECT- NAME

SB-1 US DEPARTMENT OF HOMELAND SECURITY

| ORGANIZATION TYPE | ORGANIZATION INDUSTRY |
|---|---|
| Government | Law Enforcement |

PHYSICAL ADDRESS

34 CIVIC CENTER PLZ, 4, SANTA ANA, CA 92701

PHONE NUMBER

(714) 972-4108 (Work Phone)

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| J IRVINE #1251   Dec 14, 2022 11:55 (e-signature) | J GILLIS #1239   Dec 14, 2022 14:07 (e-signature) |
| PRINT NAME | PRINT NAME |
| J IRVINE #1251 | J GILLIS #1239 |

**Placentia Police Department**
   401 E CHAPMAN AVE   PLACENT A, CA 92870   P: 714.993.8164
Ma k43 RMS   o m v2 0 gene ated by C  GR    T  #2197 on Dec 15, 2022 13 12

Pg 3 of 3

EXHIBIT 1
4

**P**lacentia Police Department
401 E CHAPMAN AVE  PLACENT A  CA 92870  P: 714 993 8164

## DR # 22-04497 - Supplement - 1 Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | PRIMARY REPORTER |
|---|---|---|
| Dec 16, 2022 13:23 | Dec 12, 2022 12:25 - 12:40 | J IRVINE #1251 |

REPORT DESCRIPTION
Supplemental Report

SUPPLEMENT TYPE
Assisting narrative

## NARRATIVE

On 12/12/2022, at approximately 1225 hours, I conducted a narcotics sniff of a parcel package for the U.S. Department of Homeland Security. In my original report, I wrote the tracking number (UPS # 9505511652792345531133) was the wrong tracking number for that package. The correct tracking number should be UPS 9534 6115 17422342944947.

## INVOLVED ORGANIZATIONS

INVOLVED ORGANIZATION-  NAME
O-1 US DEPARTMENT OF HOMELAND SECURITY

| ORGANIZATION TYPE | ORGANIZATION INDUSTRY |
|---|---|
| Government | Law Enforcement |

PHYSICAL ADDRESS
34 CIVIC CENTER PLZ, 4, SANTA ANA, CA 92701

PHONE NUMBER
(714) 972-4108 (Work Phone)

INVOLVEMENT TYPE
Reporting Officer

## INVOLVED LOCATIONS

LOCATION
PPD, 401 E CHAPMAN AVE, PLACENTIA, CA 92870

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| J IRVINE #1251   Dec 16, 2022 13:24 (e-signature) | M MACCUBBIN #1231   Dec 16, 2022 13:26 (e-signature) |
| PRINT NAME | PRINT NAME |
| J IRVINE #1251 | M MACCUBBIN #1231 |

EXHIBIT 2

**Placentia Police Department**
401 E CHAPMAN AVE   PLACENT A  CA 92870  P: 714 993 8164

---

## DR # 22-04526 - Crime/Incident Report Report Cover Sheet

| REPORT DATE / TIME | BEAT / REPORTING DISTRICT / SUBDIVISION 4 / SUBDIVISION 5 | EVENT START DATE / TIME - EVENT END DATE / TIME |
|---|---|---|
| Dec 14, 2022 11:55 | Beat 2 / RD 30 | Dec 14, 2022 10:59 - 11:16 |

### INCIDENT INFO

| OFFENSE CODE |
|---|
| K9 INCIDENT REPORT |

| OFFENSE LOCATION |
|---|
| PPD, 401 E CHAPMAN AVE, PLACENTIA, CA 92870 |

### INVOLVED ORGANIZATIONS

| INVOLVEMENT | NAME | ADDRESS |
|---|---|---|
| SB-1, R-1 | US DEPARTMENT OF HOMELAND SECURITY | 34 CIVIC CENTER PLZ, 4, SANTA ANA, CA 92701 |

---

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| J IRVINE #1251   Dec 14, 2022 15:00 (e-signature) | J GILLIS #1239   Dec 14, 2022 16:25 (e-signature) |
| PRINT NAME | PRINT NAME |
| J IRVINE #1251 | J GILLIS #1239 |

**Placentia Police Department**
   401 E CHAPMAN AVE   PLACENT A, CA 92870  P: 714.993.8164
NOT   Summa ized  epo t  Mo e data  ega ding this  epo t may exist in the RMS
Ma k43 RMS  o m v2 0 gene ated by C  GR    T  #2197 on Dec 15, 2022 13 18

EXHIBIT 2
1

## DR # 22-04526 - Crime/Incident Report Report

| REPORT DATE / TIME | BEAT / REPORTING DISTRICT / SUBDIVISION 4 / SUBDIVISION 5 | EVENT START DATE / TIME - EVENT END DATE / TIME |
|---|---|---|
| Dec 14, 2022 11:55 | Beat 2 / RD 30 | Dec 14, 2022 10:59 - 11:16 |

**PRIMARY REPORTER**
J IRVINE #1251

**REPORT TAKEN LOCATION**
PPD, 401 E CHAPMAN AVE, PLACENTIA, CA 92870

**STAT REPORTING**

☐ School Incident      ☐ Pursuit
☐ Transient-Related      ☐ Gang
☐ Narcotics      ☐ Graffiti
☐ Alcohol      ☑ K9 Deployed
☐ Juvenile      ☐ Taser Deployed
☐ Confidential Victim (PC 293)      ☐ Domestic Violence
☐ AED Deployed      ☐ Hate Crime
☐ Be Well OC Referral      ☐ COVID-19
☐ Drone Deployed      ☐ Courtesy Report

## NARRATIVE

On 12/14/22, at approximately 0900 hours, I was assigned as a Canine Handler for the Placentia Police Department. Special Agent Angeo (U.S. Department of Homeland Security) contacted me requesting I conduct a narcotics sniff of a package he had seized. Special Agent Angeo informed me he would bring the package to the Placentia Police Department. Due to Special Agent Angeo's ongoing narcotic investigation, I decided to utilize my Police Service Dog "Kyra" who is trained and certified in drug detection.

At approximately 1059 hours, Special Agent Angeo (HSI), arrived at the Placentia Police Department. He provided me with a total of three packages. I requested Special Agent Angeo not to reveal to me which package possibly contained the narcotics. Prior to placing the packages in the Placentia Police Department Traffic Bureau office, I deployed PSD "Kyra" to conduct a narcotics sniff of the room. PSD "Kyra" did not show any alerts inside the room.

Special Agent Angeo placed all four packages on the floor in middle of the room. I deployed PSD "Kyra" off-leash to sniff the packages. PSD "Kyra" sniffed the second package, which was a white United States Postal Service package (USPS Tracking # R2305h127645-1). As she was sniffing the top portion of the package, I noticed distinct behavioral changes in PSD "Kyra." Her ears had a forward lean, her muscle tone became more rigid, and her breathing became more concentrated. PSD "Kyra" placed her nose on the top seam of the postal package. PSD "Kyra" took a deep breath and left her nose in the same place as a final alert, as trained. I recognized these behaviors to indicate PSD "Kyra" had located the odor of drugs.

I notified Special Agent Angeo that PSD "Kyra" had alerted to the second package. He told me the package the PSD "Kyra" had alerted to, was the package involved in the ongoing investigation.

This case is an ongoing investigation by the U.S. Department of Homeland Security. At this time, Special Agent Angeo informed me they would be obtaining a search warrant. Special Agent Angeo took possession of the package. Refer to his original report for further information (HSI Case # OR02TS23OR0003).

*REPORTING PARTY 1*

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| J IRVINE #1251    Dec 14, 2022 15:00 (e-signature) | J GILLIS #1239   Dec 14, 2022 16:25 (e-signature) |
| PRINT NAME | PRINT NAME |
| J IRVINE #1251 | J GILLIS #1239 |

**Placentia Police Department**
401 E CHAPMAN AVE  PLACENT A, CA 92870  P: 714.993.8164
Ma k43 RMS  o m v2 0 gene ated by C  GR    T  #2197 on Dec 15, 2022 13 18

Pg 1 of 2

EXHIBIT 2
2

REPORTING PARTY-   (ORGANIZATION)

**R-1 US DEPARTMENT OF HOMELAND SECURITY**

| ORGANIZATION TYPE | ORGANIZATION INDUSTRY |
|---|---|
| Government | Law Enforcement |

PHYSICAL ADDRESS

34 CIVIC CENTER PLZ, 4, SANTA ANA, CA 92701

PHONE NUMBER

(714) 972-4108 (Work Phone)

## INCIDENT INFO

INCIDENT TYPE

K9 INCIDENT REPORT

*OFFENSE LOCATION*

LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION

PPD, 401 E CHAPMAN AVE

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| PLACENTIA | CA | 92870 | US |

| LOCATION CATEGORY | BEAT / REPORTING DISTRICT / SUBDIVISION 4 / SUBDIVISION 5 | PUBLIC / PRIVATE |
|---|---|---|
| Commercial/ Office Building | Beat 2 / RD 30 | Public |

*SUBJECT 1*

SUBJECT-  NAME

**SB-1 US DEPARTMENT OF HOMELAND SECURITY**

| ORGANIZATION TYPE | ORGANIZATION INDUSTRY |
|---|---|
| Government | Law Enforcement |

PHYSICAL ADDRESS

34 CIVIC CENTER PLZ, 4, SANTA ANA, CA 92701

PHONE NUMBER

(714) 972-4108 (Work Phone)

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| J IRVINE #1251   Dec 14, 2022 15:00 (e-signature) | J GILLIS #1239   Dec 14, 2022 16:25 (e-signature) |
| PRINT NAME | PRINT NAME |
| J IRVINE #1251 | J GILLIS #1239 |

EXHIBIT 2
3

**Placentia Police Department**
401 E CHAPMAN AVE   PLACENT A  CA 92870   P: 714 993 8164

## DR # 22-04526 - Supplement - 1 Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | PRIMARY REPORTER |
|---|---|---|
| Dec 15, 2022 12:30 | Dec 14, 2022 10:59 - 11:16 | J IRVINE #1251 |

REPORT DESCRIPTION
Supplemental Report

SUPPLEMENT TYPE
Assisting narrative

### NARRATIVE

On 12/14/2022, at approximatley 1059 hours, I conducted a narcotic sniff for the U.S. Department of Homeland Security. After completing the narcotics sniff, I wrote my report and submitted the reprot. I forgot add PSD "Kyra's" canine background in my report. Listed below is PSD 'Kyra" background.

K9 Background:

PSD Kyra is a Belgian Malinois and has been with the Placentia Police Department since March of 2016. PSD Kyra is trained in narcotic detection and is certified in the detection of four narcotic odors: cocaine, heroin, marijuana, methamphetamine and their derivatives. PSD Kyra will alert to the odor through several behavior changes that can be seen and heard. PSD Kyra's final response is passive, where she will point with her nose and stare at the source of the odor. A secondary final response PSD Kyra will scratch at the source of the odor. This final response may also indicate items recently contaminated with the odor of one or more of the listed narcotics.

PSD Kyra and her previous handler completed approximately 40 hours of basic narcotic training with Christopher Anderson through "Goldstone K9 LLC." Christopher Anderson is the lead instructor at Goldstone K9. On March 04, 2016, PSD Kyra successfully passed the narcotic detection test through the California Narcotic Canine Association ("CNCA"). PSD Kyra was certified through CNCA and the certifying official was Eric Oden. On July 20, 2016, PSD Kyra successfully passed the Commission on Police Officer Standards and Training (P.O.S.T) narcotic detection test. The P.O. S.T evaluator for this certification was Coby Webb (Riverside Sheriff's Department). On June 21, 2017, PSD Kyra successfully passed the Commission on Police Officer Standards and Training (P.O.S.T) narcotic detection test. The P.O. S.T evaluator for this certification was Rebeka Mondon. PSD Kyra has conducted several narcotic detection sniffs in the field resulting in the seizure of hundreds of pounds of narcotics and several million dollars of U.S. currency (narcotic related proceeds).

I, Jeffrey Irvine, have attended and completed the Fullerton College Police Academy POST certified basic police academy in March 30, 2014. This academy included approximately 40-hour block of instruction on narcotics enforcement. After graduation, I was employed as a police officer with the City of Placentia since March 15, 2015. During this time, I completed a formal field-training program, which included instruction on types of drugs, including drug identification, and on enforcement of violations of various California Health and Safety Code violations. I have been involved in approximately 200-300 narcotics related investigations, have made approximately 100 narcotic related arrests for possession of narcotics, including but not limited to possession of methamphetamine, heroin, marijuana, cocaine, drug paraphernalia, and prescription drugs, and have made approximately 3 arrests for possession for sales of narcotics. I have testified as an expert in narcotic sales in Orange County Superior Court (North Justice Center).

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| J IRVINE #1251   Dec 15, 2022 13:00 (e-signature) | J ALCALA #1228   Dec 15, 2022 13:52 (e-signature) |
| PRINT NAME | PRINT NAME |
| J IRVINE #1251 | J ALCALA #1228 |

**Placentia Police Department**
401 E CHAPMAN AVE  PLACENT A, CA 92870  P: 714.993.8164
Ma k43 RMS  o m v2 0 gene ated by C  GR   R  #2197 on Dec 15, 2022 13 55
Pg 1 of 2

EXHIBIT 2
4

I have been PSD Kyra's handler since December of 2020. In February of 2021, PSD Kyra and I completed 200 hour of basic narcotic training with Ken Greenleaf of "Drop the Lead" K-9 Academy. On February 5, 2021, PSD Kyra successfully passed the Commission of Police Officer Standards and Training (P.O.S.T) narcotic detection test. The P.O.S.T. evaluator for this certification was Steve Overly. Ken Greenleaf is the lead instructor for the Placentia Police Department K-9 Unit.

PSD Kyra and I continue to train weekly and we attend monthly training with Ken Greenleaf. These weekly and monthly sessions consist of building, vehicle, luggage, package, and outdoor narcotic searches. PSD Kyra and I train regularly around distractions of noise, food, and animal odors. During training, actual narcotics are used and "pseudo-drugs" are not present. We have also incorporated uncirculated money into training and PSD Kyra didn't alert to the money. In addition to the training I have received with PSD Kyra, I previously assisted in training other patrol and narcotics canines, and I have attended additional narcotic related courses.

## INVOLVED ORGANIZATIONS

INVOLVED ORGANIZATION- NAME
O-1 US DEPARTMENT OF HOMELAND SECURITY

| ORGANIZATION TYPE | ORGANIZATION INDUSTRY |
|---|---|
| Government | Law Enforcement |

PHYSICAL ADDRESS
34 CIVIC CENTER PLZ, 4, SANTA ANA, CA 92701

PHONE NUMBER
(714) 972-4108 (Work Phone)

INVOLVEMENT TYPE
Reporting Officer

## INVOLVED LOCATIONS

LOCATION
PPD, 401 E CHAPMAN AVE, PLACENTIA, CA 92870

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| J IRVINE #1251    Dec 15, 2022 13:00 (e-signature) | J ALCALA #1228    Dec 15, 2022 13:52 (e-signature) |
| PRINT NAME | PRINT NAME |
| J IRVINE #1251 | J ALCALA #1228 |

EXHIBIT 2
5

**Placentia Police Department**
401 E CHAPMAN AVE   PLACENT A  CA 92870   P: 714 993 8164

## DR # 22-04526 - Supplement - 2 Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | PRIMARY REPORTER |
|---|---|---|
| Dec 16, 2022 13:22 | Dec 14, 2022 10:59 - 11:16 | J IRVINE #1251 |

REPORT DESCRIPTION
Supplemental Report

SUPPLEMENT TYPE
Assisting narrative

### NARRATIVE

On 12/14/2022, at approximately 1059 hours, I conducted a narcotics sniff of a parcel package for the U.S. Department of Homeland Security. In my original report, I had put the wrong tracking number (USPS# R2305h127645-1). The correct tracking number for the parcel package is UPS # 950551165279 2346531133.

### INVOLVED ORGANIZATIONS

INVOLVED ORGANIZATION- NAME
O-1 US DEPARTMENT OF HOMELAND SECURITY

| ORGANIZATION TYPE | ORGANIZATION INDUSTRY |
|---|---|
| Government | Law Enforcement |

PHYSICAL ADDRESS
34 CIVIC CENTER PLZ, 4, SANTA ANA, CA 92701

PHONE NUMBER
(714) 972-4108 (Work Phone)

INVOLVEMENT TYPE
Reporting Officer

### INVOLVED LOCATIONS

LOCATION
PPD, 401 E CHAPMAN AVE, PLACENTIA, CA 92870

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| J IRVINE #1251   Dec 16, 2022 13:22 (e-signature) | M MACCUBBIN #1231   Dec 16, 2022 13:26 (e-signature) |
| PRINT NAME | PRINT NAME |
| J IRVINE #1251 | M MACCUBBIN #1231 |

**Placentia Police Department**
401 E CHAPMAN AVE   PLACENT A, CA 92870   P: 714.993.8164
Ma  k43 RMS   o m v2 0 gene ated by C  GR    T  #2197 on Dec 16, 2022 13 39

EXHIBIT 2
6